FILED
08/19/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

STATE OF INDIANA ) IN ~~Circuit~~ COURT
) U.S. District ~~C~~
~~COUNTY OF~~ _____ ) ss:
)
Leroy Walter Frazier III (3rd) #296914 ) 2:24-cv-00410-JMS-MKK
)
v. ) Case No.: Lawrence Co. Superior Court
) 47D02-2301-F2-000007
US Office of Government Ethics ) Greene Co. Circuit Court
(Lawrence Co. Superior Court) ) 28C01-2304-F5-000019
(Greene Co. Circuit Court)

SCANNED at Putnamville and Emailed on
8-19-24 (date) by CW (initials) — 4 (num) pages.

## Motion for Relief / To Vacate Sentence

Comes Now, Leroy Walter Frazier III (3rd) pro se, and respectfully:

I deal with the misuse of sonet sonar technologies constantly and have all my life. Because of certian capabilitys and the theft of alot of money that belonged to myself and my deceased mother, I am subject to constant torture and being framed and have been all my life. In the above mentioned case in Lawrence Co. Superior court at trial the charge was lowered to a level 4 and the record does not reflect. After my release and completion of Transition's and home detention the visiting judge who appeared to be "consiglear or insignia" told me I was "free to go" but I was never given the paper by my agent Lora Fabian at community corrections releaseing me from probation. I was not even considered for reinstatment after the new charges and was given my full suspended 1100 days. Every motion I file for relief I get back in the mail in 2 days after fileing almost as if he's not even getting them. I used to date a relative of one woman who works in his office and 2 others are related to people I had drug interactions with and they all have stolen from me. The woman whos relative I dated tried to overdose me in Maryland and I was placed in the hospital. Her name is Denise Bisen. I feel as though theres extreme bias in play.

And in Greene County I was framed. I was incapaceteted through the sonet sonar technologies connected to me and I was injected with something while incapacetated that burnt holes in my skin in my armpits and bicepts. Apparently there was another attempts on my life and I was revived by being punched in my neck, It popped loudly because of a clot that formed because of what I was injected with. When I became consince I was in my girlfriend (or so I thought) car. I got out and walked to the porch 2 unarmed men in tactical vests approached me asking questions. I was still somewhat dazed and a cop pulled up. A man in a blue trailblazer I recognized to be my gym teacher from Maryland name mr.Hanyes ~~(scribbled out)~~ rode by stating "thats him". I was then arrested being slammed to the ground while asking why I was being arrested. I was taken to Greene Co. Hospital ~~Bloomington~~ and I.U. Bloomington for what the people responsible tried to kill me with by injecting me when frameing me. Aimee D. was the name of the caller in the report who may be involve more than she will admitt. She is a nurse at greene co jail. The sheriff of Greene Co. if still the same may know the truth. He flipped out because of my blood test results. Seems a bit paranoi but my blood may have been stolen and used in a lawsuit. I think there was a restraining order at the time of this incident One of the guys in tactical vest stated there were restraining orders against me on that date for reasons unclear to me. I feel like alot of this fits together and the problems followed me from Maryland. Alot of money was stolen from westinghouse Amy ~~~~ that was mine and from other sources.

WHEREFORE, ~~[crossed out]~~ Violation of Fifth, Eighth and Fourteenth Amendments I'm innocent and was framed for various reasons. There have been several attempts on my life and there are people involved that have alot of money that belongs to me and they have influence that has created an extreme bias through the judiciary system and has left me penniless and in unnessasary danger. Please release me immediatly and consider my Torts. Review my Photogenic Telepath with the NSA.

## VERIFICATION

I affirm, under the penalties for perjury, that the foregoing representations are true on this 19TH day of August, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, the foregoing is true and correct. Service is made under the MAILBOX rule, by placing this document into the hands of Officials on this 19TH day of August, 2024 for delivery by the United States Postal Service, First Class, and Postage Pre-Paid Mail to:

Dept of Justice 950 Pennsylvania Ave, NW, Washington, DC 20530
- Supreme Court Admin, 200 W. Washington St., Rm 315, Indianapolis, IN 46204
- US Office of Gov. Ethics 1201 New York Ave, NW, Suite 500, Washington, DC 20005
- US Dist. Court, 921 Ohio St. Rm 104, Terre Haute, IN 47807
- FCC 445 12th St., SW, Washington, DC 20554

Leroy Walter Frazier III (3rd)

Indiana D.O.C. No.: 296914
Putnamville Correctional Facility
Greencastle, Indiana 46135