UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LEROY WALTER FRAZIER, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00410-JMS-MKK |
| | ) |
| US OFFICE OF GOVERNMENT ETHICS, | ) |
| LAWERENCE CO. SUPERIOR COURT, | ) |
| GREENE CO. CIRCUIT COURT, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is **dismissed without prejudice** for failure to prosecute.

Date: 1/2/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk of Court

By: _____
Deputy Clerk

Distribution:

LEROY WALTER FRAZIER, III
296914
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135